RECEIVED
MAR 23 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JUAN PABLO PALACIOS | CIVIL ACTION 1:17-CV-00430 |
| VERSUS | JUDGE DRELL |
| THOMAS F. CUPPLES II | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

In so ruling we specifically find no strong public policy in Louisiana preventing the application of Florida law.

IT IS ORDERED that Defendant Cupples's Motion to Dismiss (Doc. 9) is DENIED.

Signed in Chambers at Alexandria, Louisiana on this 21st day of March, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT